# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. MASSEY, JR., | Case No. 1:12-cv-00178-DLB PC |
| Plaintiff, | **ORDER DENYING MOTION** |
| v. | ECF No. 6 |
| M. D. BITER, et al., | |
| Defendants. | |

Plaintiff Robert C. Massey, Jr. ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On April 5, 2012, Plaintiff filed a motion requesting that the Court order Kern Valley State Prison trust accounting office to comply with the Court's order requiring the production of Plaintiff's trust account statement. ECF No. 6. The Court construes the motion as one for preliminary injunction.

A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008) (citations omitted). The purpose of preliminary injunctive relief is to preserve the status quo or to prevent irreparable injury pending the resolution of the underlying claim. *Sierra On-line, Inc. v. Phoenix Software, Inc.*, 739 F.2d 1415, 1422 (9th Cir. 1984).

1

Federal courts are courts of limited jurisdiction, and as a preliminary matter, the court must have before it an actual case or controversy. *City of Los Angeles v. Lyons*, 461 U.S. 95, 102 (1983); *Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.*, 454 U.S. 464, 471 (1982). If the court does not have an actual case or controversy before it, it has no power to hear the matter in question. *Lyons*, 461 U.S. at 102. Thus, "[a] federal court may issue an injunction [only] if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court." *Zepeda v. United States Immigration Serv.*, 753 F.2d 719, 727 (9th Cir. 1983); *see* Fed. R. Civ. P. 65(d).

Plaintiff is no longer incarcerated at Kern Valley State Prison. Additionally, the KVSP trust account office is not a subject to a preliminary injunction in this action. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed April 5, 2012, is denied.[1]

IT IS SO ORDERED.

Dated:   **October 24, 2012**                    /s/ *Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is still required to produce his inmate trust account statement.