# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. MASSEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. BREWER, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00178-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF UNITED STATES MARSHALS' SERVICE OF DOCUMENTS**<br><br>ECF No. 18 |

　　　　Plaintiff Robert C. Massey, Jr., ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action filed pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Complaint against Defendants T. Brewer and C. K. Chen for deliberate indifference in violation of the Eighth Amendment. On March 27, 2013, Plaintiff filed a motion requesting that the Court provide Plaintiff with the United States Marshals Service's documents regarding service. The Court does not provide free copies, and the Court does not generally provide proof of service as to service of process. Additionally, Defendants appeared and filed an Answer on May 3, 2013. ECF No. 20. Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED.

　　Dated: __**May 16, 2013**__　　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE