# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. MASSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. D. BITER, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00178-AWI-DLB PC<br><br>**DISCOVERY AND SCHEDULING ORDER**<br><br>Initial Disclosures: **July 12, 2013**<br>Unenumerated Rule 12(b) Motions: **August 27, 2013**<br>Deadline to Amend Pleadings: **September 26, 2013**<br>Discovery Cut-Off: **October 25, 2013**<br>Dispositive Motion Deadline: **January 6, 2014** |

To expedite the fair disposition of this action and to discourage wasteful pretrial activities, the Court directs that the attorneys or parties, if appearing pro se, comply with the following procedures:

I.　INITIAL DISCLOSURES

Notwithstanding Federal Rule of Civil Procedure 26(a)(1)(B), the parties are HEREBY ORDERED to provide Initial Disclosures as follows:

No later than **July 12, 2013:**

A. Plaintiff's Disclosures:

Plaintiff shall provide Defendant(s) with the name and, if known, the location or other identifying information (such as inmate number, job classification or assignment) of each individual likely to have information about the events described in his complaint or his claims of injury or damage. In addition, Plaintiff shall describe, generally, the information each individual so identified

1

1 is believed to possess.

2 Plaintiff shall also provide copies of, or a list describing (by category and location), all
3 documents or other tangible things in his possession, custody or control[1] which he may use to
4 support the allegation(s) in his complaint, or his claims or injury of damage.

5    B.  <u>Defendant(s) Initial Disclosures</u>:

6 Defendant(s) shall provide Plaintiff with the name and, if known, the location or other
7 identifying information (such as inmate number, job classification or institutional assignment) of
8 each individual likely to have information about Defendant(s)' claims or defenses, or who will be
9 used to support Defendant(s)' version of the events described in the complaint.  In addition,
10 Defendant(s) shall describe, generally, the information each individual so identified is believed to
11 possess.

12 Defendant(s) shall provide to Plaintiff copies of all documents and other materials in the care,
13 custody, or control of any Defendant(s) or the California Department of Corrections and
14 Rehabilitation ("CDCR") related to the claims and defenses in the case.

15 Such documents and materials shall include, but are not limited to, (a) documents and materials
16 upon which Defendant(s) rely in support of their defense of the action, (b) grievances and appeals
17 thereof, determinations of grievances and appeals, and (c) reports of completed investigations by
18 CDCR or others.  Simultaneous with disclosure to Plaintiff, Defense counsel shall file with the Court
19 either a copy of any cover letter (without attachments) or a statement that the disclosures required
20 herein have been completed.

21 Pursuant to Federal Rule of Civil Procedure 26(e), the parties must supplement or correct the
22 disclosures in a timely manner, and failure to do so may result in the inability to present such
23 evidence in support of a motion, or at trial.  Fed. R. Civ. P. 37(c).

24 II.   <u>DEPOSITIONS</u>

25 Defendant(s) are granted leave to take the deposition of Plaintiff, or any other incarcerated
26 witness, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).  Defense counsel shall provide

---

[1] **Error! Main Document Only.**Property is deemed within a party's possession, custody, or control if the party has actual possession, custody, or control thereof or the legal right to obtain the property on demand. ***Error! Main Document Only.****Allen v. Woodford*, 2007 WL 309945, *2 (E.D. Cal. 2007).

Plaintiff with notice of the date of the deposition by mailing such notice to Plaintiff at least **fifteen (15) days** prior to the scheduled deposition date.  The deposition may not commence until at least **ten (10) days** after Defense counsel has filed their proof of compliance as required in subparagraph (B) above.  PLAINTIFF SHALL TAKE NOTICE that disagreement with any directive of security staff at the correctional facility at which the deposition is scheduled is not a ground on which Plaintiff may refuse to answer appropriate questions, and the failure of Plaintiff to attend, be sworn, and answer appropriate questions may result in sanctions.  Such sanctions may include dismissal of the action pursuant to Federal Rule of Civil Procedure 37.  Objections made in good faith in accordance with governing rules are permissible.

III.    SCHEDULE AND DEADLINES

   A.    All motions to dismiss for failure to exhaust administrative remedies pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b) must be filed on or before **August 27, 2013**.

   B.    The deadline for amending pleadings is **September 26, 2013**

   C.    All discovery shall be completed on or before **October 25, 2013**.  Motions to compel must also be filed by this date.

   D.    Dispositive motions must be filed on or before **January 6, 2014**.

IV.    DISCOVERY ISSUES

   A.    Written discovery must be served at least **thirty (30) days** prior to the close of discovery.  Responses must be served **thirty (30) days** after service of the discovery request.  Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A).  In objecting to discovery requests, Defendant(s) should state their objections in plain language that a pro se party will likely understand.

   B.    As stated above, motions to compel must be filed on or before **October 25, 2013**.  The meet and confer requirement set forth in Federal Rule of Civil Procedure 37(a)(1) and Local Rule 251(b) is waived.  Voluntary compliance is encouraged, however.

V.    EXTENSIONS OF TIME

   Requests for extensions of the deadlines set forth in this Discovery and Scheduling Order must be filed on or before the expiration of the date in question.  These deadlines are firm and will

1  not be extended by the Court except upon a showing of good cause.  Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:   **May 29, 2013**                          /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE