# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. MASSEY,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>T. BREWER AND<br>C.K. CHEN,<br><br>　　　　　　Defendants. | CASE No. 1:12-cv-00178-AWI-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE AND TERM ALL PENDING MOTIONS PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE<br><br>(ECF No. 35) |

　　　　Plaintiff Robert C. Massey, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 8, 2012.  This action is proceeding against Defendants Chen and Brewer on Plaintiff's Eighth Amendment claim.

　　　　On October 16, 2013, Plaintiff and Defendants filed a stipulation for voluntary dismissal of the action, with prejudice.  (ECF No. 35.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case and term all pending motions.

IT IS SO ORDERED.

　　　　Dated:　**October 31, 2013**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE